# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOHN P. WEBB,<br><br>      Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br><br>      Defendant. | Case No. 5:18-cv-02167 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Edward J. Davila to determine whether it is related to 5:17-cv-07274, Keaton Harvey v. Apple, Inc.

IT IS SO ORDERED.

Date: April 24, 2018

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 18-cv-02167 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES